AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| Tanya Steele | ) | |
|---|---|---|
| *Plaintiff* | ) | JUDGE CASTEL |
| v. | ) | Civil Action No. |
| Richard Bell and Josh Milani Gallery Pty. Ltd. | ) | 11 CIV 9343 |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Richard Bell
54 Logan Road
Wooloongabba, QLD 4102
Queensland, Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Plaintiff's counsel:

Kerry A. Brennan, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date:  12/20/2011                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANYA STEELE,

            Plaintiff,

v.

RICHARD BELL and JOSH MILANI GALLERY PTY. LTD.,

            Defendants.

Index No. 11-cv-9343

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK)

      Tyneka Robinson, being duly sworn deposes and says, I am over eighteen years of age, not a party to this action and reside in the County of New York.

      On Tuesday, December 20, 2011, I served true copies of the following:

      1.     Summons in A Civil Action, dated December 20, 2011,

      2.     Complaint, dated December 20, 2011, and

      3.     Civil Cover Sheet, dated December 20, 2011 upon the parties herein by enclosing true copies thereof in sealed properly addressed postage paid registered mail envelopes return receipt requested deposited into the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows:

Richard Bell
54 Logan Road
Wooloongabba, QLD 4102
Queensland, Australia

Josh Milani Gallery Pty. Ltd.
54 Logan Road
Wooloongabba, QLD 4102
Queensland, Australia

_____
Tyneka Robinson

Sworn to before me this
23rd day of December, 2011

_____
Notary Public

ROBERT T. WESTROM
Notary Public, State of New York
No. 01-WE4919195
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Feb. 28, 20/4

500957973v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANYA STEELE,

                  Plaintiff,

v.

RICHARD BELL and JOSH MILANI GALLERY PTY. LTD.,

                  Defendants.

Index No.11cv9343 (PKC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK)

Tyneka Robinson, being duly sworn deposes and says, I am over eighteen years of age, not a party to this action and reside in the County of New York.

On Wednesday, December 22, 2011, I served true copies of the following:

1.    Electronic Case Filing Rule & Instructions, and

2.    Individual Practices of Judge P. Kevin Castel, upon the parties herein by enclosing true copies thereof in sealed properly addressed postage paid first class mail envelopes deposited into the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows:

Richard Bell
54 Logan Road
Wooloongabba, QLD 4102
Queensland, Australia

Josh Milani Gallery Pty. Ltd.
54 Logan Road
Wooloongabba, QLD 4102
Queensland, Australia

                                                      Tyneka Robinson

Sworn to before me this
23rd day of December, 2011

_____
Notary Public

ROBERT T. WESTROM
Notary Public, State of New York
No. 01-WE4919195
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Feb. 28, 2014